UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR424-043 |
| | ) | |
| RASHAUN H. BYRD | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Eric F. Kramer** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Eric F. Kramer** be granted leave of absence for the following periods:  March 30, 2025 through April 6, 2025; May 2, 2025; July 7, 2025  through July 14, 2025; August 28, 2025 through September 1, 2025; November 24, 2025 through November 28, 2025; and December 24, 2025 through January 2, 2026.

**ORDERED**, this the ____21st____ day of January, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA