UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR424-043 |
| ) | |
| RASHAWN H. BYRD ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Makeia R. Jonese** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Makeia R. Jonese be granted leave of absence for the following periods: August 20, 2025 through August 26, 2025.

**SO ORDERED**, this the _12th_ day of May, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA